STATE OF NEW JERSEY v. TERRY SMITH.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN L. FURMAN.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE DANIELS.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY WHITTED.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD BIEGENWALD.

May 28, 1987.

Petition for certification denied.